RECEIVED
Court of Appeals

JAN 1 4 2015

Lisa Matz
Clerk, 5th District
Court of Appeals

Re: Court of Appeals Number <u>05-14-00139-CR</u>
Trial Court Case Number <u>F-0724608-L</u>

Reginald Doney Thompson          In the Court of Appeals

V.                               Dallas Division

The State of Texas               Fifth District of Texas

Request for a 60 Day Extention of Time
to File A Petition for Discretionary Review

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

To the Honorable Judge of the Court:
   Now Comes <u>Reginald Doney Thompson</u> the Appellant
in the above cause pursuant to Rule 68.02 and
Respectfully request a <u>60 Day Extention of time</u> needed
to prepare the Petition for Discretionary Review be so
Ordered. An In Support of this motion Appellant would
show this Court the following:

                    I.

   On <u>December 15, 2014</u>, Appellants conviction was
Affirmed by the Fifth court of Appeals in Cause No.
<u>05-14-00139</u> Styled: <u>Reginald Doney Thompson</u> v.
<u>The State of Texas.</u>

                    II.

   The Present deadline for filing a Petition for
Discretionary Review is <u>January 15, 2015</u>, Appell...

FILED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Respectfully requests And 60 Day Extension of Time until March 15. 2015.

## III

The Appellant now filing Pro Se certifies that the the Record will Show that No Previous extensions were Requested or Granted to Him and that the time Requested is not privileged but material to Adequate preparing the Petition consistent with the Law.

Wherefore Premises considered the Appellant respectfully prays that this Honorable Court will Grant the Request for A 60 day Extension of time this ___11___ day of _January_ 2015

Respectfully Submitted

_Reginald Thompson_
Pro 'SE

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

# Unsworn Declaration
*(Texas Civil Practice and Remedies Code, Section 132.001)*

My name is: __Reginald__ __Donely__ __Thompson__ ,
　　　　　　　First　　　　　　　　Middle　　　　　　　　　Last

my date of birth is: __1__ / __6__ / __(48)__ , and
　　　　　　　　　　Month　　Day　　Year

my address is: __1620 FM 3344__ __Jacksboro__ __Texas__ __76458__
　　　　　　　　Street Address　　　　City　　　　State　　　Zip Code

and __Jack__ .
　　　Country

My email address is __N/A__ .

---

*(If you are incarcerated, you must also include the following information.)*

My inmate identifying number, if any, is: __01897562__ .

I am presently incarcerated in: __Lindsey State Jail Unit__
　　　　　　　　　　　　　　　　　Corrections Unit Name

in: __Jacksboro__ __Jack__ __Texas__ __76458__ .
　　　City　　　　　　County　　　　　State　　　Zip Code

---

**I declare under penalty of perjury that all information in the attached document titled,**

__Request for A 60 Day Extension__ , **is true and correct.**
　　　　　　Name of Document

Signed in __Jack__ County, __Texas__ ,
　　　　　　　County　　　　　　　　　　State

on this date: __1__ / __11__ / __15__ .
　　　　　　Month　　Day　　Year

__[signature]__
Your Signature

---

Pursuant to Texas Civil Practice and Remedies Code Section 132.001, an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law. This provision does not apply to an oath of office or an oath required to be taken before a specified official other than a notary public. An unsworn declaration made under this section must be 1) in writing, 2) signed by the person making the declaration as true under penalty of perjury and 3) in substantially the form used above.